No. 95–6554. PEREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6560. ALTON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–6561. CLARK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–6563. RANKIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–6564. STEEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6566. EDGE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6567. TUNNELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6568. TALBERT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–6574. JACKSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6584. WYNN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–6589. GIRARDI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–6590. DANIEL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6591. HAYNES ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6594. LEE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6596. KRIMMEL *v.* HOPKINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 95–6600. YUSUFU, AKA KANO, AKA BARBARINE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.